Rafael A. RUIZGARCIA,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5181.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 24, 2003.

### ORDER

Appellant having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant's brief is due within 21 days from the date of of this order.

NTN BEARING CORPORATION OF AMERICA, American NTN Bearing Manufacturing Corporation, NTN Bower, Inc., and NTN Corporation Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

The Timken Company, Defendant–Appellee.

No. 03–1592.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 27, 2003.

### ORDER

Upon consideration of the consent motion filed by the Plaintiffs–Appellants NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Bower, Inc. and NTN Corporation (hereinafter collectively referred to as "NTN") to withdraw the appeal in this case, it is hereby

ORDERED that NTN's appeal is dismissed.